UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CR 22-10-GF-BMM |
| vs. | FINDINGS AND RECOMMENDATION CONCERNING PLEA |
| JO ANNE SAYETSITTY, | |
| Defendant. | |

    The Defendant, by consent, has appeared before me pursuant to Federal Rule, Fed. R. Crim. P. 11, and has entered a plea of guilty to one count of involuntary manslaughter, in violation of 18 U.S.C. §§1153(a) and 1112, as set forth in the Superseding Information. After examining the defendant under oath, the Court determined that the plea was knowingly, intelligently, and voluntarily entered; that the Defendant fully understands her constitutional rights and the extent to which such rights are waived; and that the offense charged and to which a plea was entered contained each of the essential elements of the offense. I recommend that the Defendant be adjudged guilty and that sentence be imposed.

A presentence report has been ordered.

DATED this 2nd day of August, 2022.

John Johnston
United States Magistrate Judge

**NOTICE**

Objections to these Findings and Recommendation are waived unless filed and served within ten (10) days.  28 U.S.C. § 636(b)(1)(B); Fed. R. Crim. P 59(b)(2).