# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| UNITED STATES OF AMERICA, Plaintiff, vs. JO ANNE SAYETSITTY Defendant. | Case No. CR-22-10-GF-BMM  ORDER |
|---|---|

Counsel for Defendant Jo Anne Sayetsitty has filed a Motion for Extension of Time to Report to BOP Custody. The Government has no objections to the Motion. Therefore, IT IS ORDERED that the Defendant's Motion for Extension of Time to Report to BOP Custody is GRANTED. The Defendant shall report to Aliceville FCI, no later than 2:00 p.m., February 4, 2023.

DATED this 13th day of January 2023.

_____
Brian Morris, Chief District Judge
United States District Court