# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JO ANNE SAYETSITTY <br><br> Defendant. | Case No. CR-22-10-GF-BMM <br><br><br> **ORDER** |

Defendant Jo Anne Sayetsitty has moved to appear remotely for her hearing on January 30, 2025, on her motion for early termination of her current term of supervised release. Accordingly, **IT IS HEREBY ORDERED:** Defendant's Motion to Appear Remotely is GRANTED. The clerk will provide Defendant with instructions on the remote appearance.

DATED this 28th day of January 2025.

*/s/ Brian Morris*

Brian Morris, Chief District Judge
United States District Courts

1