THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>vs.<br><br>Joanna Sayetsitty,<br><br>       Defendant. | **CR-22-10-GF-BMM**<br><br>**ORDER** |

  Defendant Joanna Sayetsitty ("Sayetsitty") has moved for early termination of her current term of supervised release. (Doc. 49.) The Court conducted a hearing on Sayetsitty's motion on January 30, 2025. (Doc. 53.) The Government deferred to the Court on Sayetsitty's motion (Doc. 53.) The Court now grants Sayetsitty's motion.

  Sayetsitty pleaded guilty to involuntary manslaughter in violation of 18 U.S.C. §§ 1153(a) and 1112 (Doc. 29.) The Court sentenced Sayetsitty to the custody of the Bureau of Prisons on December 1, 2022, for a term of 18 months

1

followed by two years of supervised release. (Doc. 40.) Sayetsitty started her term of supervision on January 2, 2024 (Doc. 49.)

Federal law authorizes a defendant to move for termination of their supervised release after successfully completing one year if the Court is satisfied that such action remains "warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e). The Court must consider the factors in 18 U.S.C. § 3553(a) when evaluating whether to terminate a term of supervised release.

The Court finds that the factors in 18 U.S.C. § 3553(a) support an early termination of Sayetsitty's supervised release. Adequate punishment has been imposed that reflects the seriousness of Sayetsitty's offense. Sayetsitty is scheduled to be discharged from supervised release on January 2, 2025.

Sayetsitty has experienced success while on supervision. Sayetsitty is living in Gallup, New Mexico, with her children, sister, and father. Sayesitty works as a health care worker and regularly provides for her sick father. Sayetsitty began counseling while incarcerated and continues to attend sessions. Sayetsitty's probation officer advised that she had not had any violations of her supervision conditions. Sayetsitty has been able to stay drug and alcohol free and has no problems staying sober. (Doc. 49 at 4-5.)

The early termination of Sayetsitty's supervised release comports with the § 3553(a) factors and proves "warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e).

Accordingly, **IT IS HEREBY ORDERED** that Sayetsitty's Motion for Early Termination of Supervised Release (Doc. 49) is **GRANTED**.

DATED this  30th  day of January, 2025.

_____
Brian Morris, Chief District Judge
United States District Court